[Cite as *State v. Bronkar*, 2013-Ohio-978.]

COURT OF APPEALS
MUSKINGUM COUNTY, OHIO
FIFTH APPELLATE DISTRICT

|  |  |  |
|---|---|---|
| | : | JUDGES: |
| STATE OF OHIO | : | W. Scott Gwin, P.J. |
| | : | Sheila G. Farmer, J. |
| Plaintiff-Appellee | : | John W. Wise, J. |
| | : | |
| -vs- | : | Case No. CT2012-0043 |
| | : | |
| | : | |
| CLIFFORD BRONKAR | : | |
| | : | |
| Defendant-Appellant | : | O P I N I O N |


CHARACTER OF PROCEEDING:          Criminal Appeal from Muskingum
County Court of Common Pleas Case
No. CR2007-0279

JUDGMENT:          Affirmed


DATE OF JUDGMENT ENTRY:          March 13, 2013


APPEARANCES:

For Plaintiff-Appellee          For Defendant-Appellant

D. MICHAEL HADDOX          CLIFFORD BRONKAR
Muskingum County Prosecutor          Inmate #579014
          P.O. Box 5500
BY: RON WELCH          Chillicothe, Ohio 45601
Assistant Prosecuting Attorney
27 North Fifth Street
Zanesville, Ohio 43701

*Wise, J.*

{¶1} Appellant Clifford Bronkar appeals a judgment of the Muskingum County Common Pleas Court reclassifying him as a sexually oriented offender.

{¶2} Appellant was indicted on one count of rape (R.C. 2907.02(A)(1)(c)) and one count of sexual battery (R.C. 2907.03(A)(5)) on November 2, 2007. On May 21, 2008, he entered a plea of guilty to sexual battery and the rape charge was nolled. He was sentenced on May 23, 2008 to five years incarceration. He was classified as a Tier III sex offender under the Adam Walsh Act.

{¶3} On May 15, 2012, appellant filed a motion to correct his classification. The matter came before the court for a reclassification hearing on July 30, 2012. Appellant was reclassified as a sexually oriented offender. Appellant assigns two errors on appeal:

{¶4} "I. WHETHER THE TRIAL COURT ABUSED ITS DISCRETION IN FAILING TO VACATE IMPOSED SENTENCE.

{¶5} "II. WHETHER THE TRIAL COURT ABUSED ITS DISCRETION IN IMPOSING THE MAXIMUM SENTENCE."

{¶6} Appellant assigns two errors, both of which challenge his original sentence imposed in 2008. The entry he is appealing relates solely to the trial court's reclassification from a Tier III sex offender to a sexually oriented offender. All issues related to his five year prison sentence imposed in 2008 should have been appealed at that time, and are now res judicata.

{¶7}   Appellant's first and second assignments of error are overruled.

{¶8}   The judgment of the Muskingum County Common Pleas Court is affirmed.

By: Wise, J.

Gwin, P.J. and

Farmer, J. concur

_____

_____

_____

JUDGES

JWW/r0305

IN THE COURT OF APPEALS FOR MUSKINGUM COUNTY, OHIO

FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| STATE OF OHIO | : | |
| | : | |
| Plaintiff-Appellee | : | |
| | : | |
| | : | |
| -vs- | : | JUDGMENT ENTRY |
| | : | |
| CLIFFORD BRONKAR | : | |
| | : | |
| Defendant-Appellant | : | CASE NO. CT2012-0043 |

For the reasons stated in our accompanying Memorandum-Opinion on file, the judgment of the Muskingum County Court of Common Pleas is affirmed. Costs assessed to appellant.

_____

_____

_____

JUDGES